COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS






IN RE: JAVIER FLORES, JR.,


Relator.
 §


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00262-CR


 

AN ORIGINAL PROCEEDING 


IN MANDAMUS








MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator, Javier Flores, Jr., seeks a writ of mandamus to compel the Honorable Mary Ann
Bramblett, Judge of the 41st Judicial District Court, "to give the defendant access to the court for
a full and fair evidentiary hearing on his writ of habeas corpus." 

 In order to obtain relief through a writ of mandamus, a relator must establish: (1) no
other adequate remedy at law is available; and (2) that the act he seeks to compel is ministerial. 
State ex rel. Young v. Sixth Judicial Dist. Court of Appeals At Texarkana, 236 S.W.3d 207, 210
(Tex.Crim.App. 2007). An act is ministerial if it does not involve the exercise of any discretion. 
State ex rel. Hill v. Court of Appeals for the Fifth District, 34 S.W.3d 924, 927 (Tex.Crim.App. 
2001). Based on the petition and record provided, Mr. Flores has not demonstrated he is entitled
to mandamus relief. See Tex.R.App.P. 52.8. We therefore deny relator's request.



November 12, 2009

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Rivera, JJ.


(Do Not Publish)